UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Alexander Gomez,

Plaintiff,

v.

JUDGMENT
24-cv-02392-DLI-VMS

6372 Amboy Road, LLC and Citi Bagel & Deli, Inc,

Defendants.
--------------------------------------------------------------X

An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on September 3, 2024, dismissing this action for failure to prosecute and to comply with Court orders; it is

ORDERED and ADJUDGED that this action is dismissed for failure to prosecute and to comply with Court orders.

Dated: Brooklyn, New York
September 4, 2024

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk